IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

3:16-CR-00051-BR

ORDER

DAVID LEE FRY,

        Defendant.

After a finding of a **not guilty** verdict at trial, this Court **ORDERS** the release of Defendant.

DATED this 27th day of October, 2016.

*[signature]*

ANNA J. BROWN
United States District Judge

ORDER